UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>STAR CHAIN, INC., and TIMUR EFE, a/k/a OMER CASURLUK,,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO.  1:21-CV-03944-JPB |

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of Plaintiff's Motion for Disgorgement, Prejudgment Interest and Civil Penalties Against Omer Casurluk, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff recover $7,494,717.75, which consists of $6,471,874 in disgorgement, $576,385.75 in prejudgment interest and $446,458 in civil penalties.

Dated at Atlanta, Georgia, this 6th day of February, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ N. Bowen
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office

February 6, 2023
Kevin P. Weimer
Clerk of Court

By: ___s/ N. Bowen_____
       Deputy Clerk